COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor/Appellant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>JOSHUA MICHAEL GRANTZ<br><br>          Debtor.<br>_____<br><br>JOSHUA MICHAEL GRANTZ<br><br>          Appellant(s).<br><br>v.<br><br>FASHION SHOW MALL, LLC.<br><br>          Appellee(s).<br>_____ | BK-S-09-22832-ABL<br>Chapter 7<br><br>Case Number: 2:20-cv-00043-JAD<br>JUDGE: Hon. Jennifer A. Dorsey<br>Appeal Reference Number: 20-01<br><br>**Stipulation and Order to Continue Briefing Schedule**<br><br>ECF No. 9 |

The Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., respectfully represent and move this Court as follows:

1. On February 21, 2020, Appellant submitted signed Stipulation to Extend Deadlines Regarding Opening Brief.

2. Court denied Stipulation and Order without prejudice as required explanation for stipulation was not contained in original stipulation.

3. That the first stipulation was submitted by deadline that brief was due February 21, 2020.

| | |
|---|---|
| 1 | 4. That undersigned counsel is seeking extension because of court schedule |
| 2 | (Arbitration, Mediation) as well as other legal deadlines (oppositions & motions). |
| 3 | 5. Undersigned counsel also has more responsibility and less time with changes |
| 4 | mandatory by the Corona Virus (transitioning to working remotely and caring for |
| 5 | teenage daughter). |
| 6 | 6. That the Appellant's Opening Brief is due April 9, 2020. |
| 7 | 7. That Appellee's Opposition is due April 23, 2020. |
| 8 | 8. That Appellant's Reply is due May 7, 2020. |

**IT IS HEREBY STIPULATED AND AGREED** that by and between Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., that the **APPELLANT'S OPENING BRIEF** is due on or before April 9, 2020.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that by and between Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., that the **APPELLEE'S OPPOSITION** is due on or before April 23, 2020.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that by and between Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., that the **APPELLANT'S REPLY BRIEF** is due on or before May 7, 2020.

DATED this 19th day of March, 2020.

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Email: becksbk@yahoo.com

**IT IS SO ORDERED.**

_____
U.S. District Judge   3-20-2020

DATED this 18th day of March, 2020.

 /s/ BRYAN M. VIELLION
BRYAN M. VIELLION, ESQ.
Nevada State Bar No.: 013607
KAEMPER CROWELL
1980 Festival Drive, Suite 650
Las Vegas, NV 89135-2958
Ph.: (702) 792-7000
Fax: (702) 796-7181
Email: bviellion@kcnvlaw.com

Attorney for Appellee

###