KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: bviellion@kcnvlaw.com
Attorneys for Appellee
Fashion Show Mall, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA MICHAEL GRANTZ,<br><br>　　　　　Appellant,<br>　vs.<br><br>FASHION SHOW MALL, LLC,<br><br>　　　　　Appellee(s). | Case No. 2:20-cv-00043-JAD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR APPELLEE TO FILE RESPONSE BRIEF**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1, Appellee Fashion Show Mall, LLC and Appellant Joshua Michael Grantz, by and through their respective counsel, stipulate and request this Court extend the deadline to file Appellee's Response Brief to Appellant's Opening Brief (ECF. No. 12) filed on April 3, 2020 by an additional 14 days from April 23, 2020 to May 7, 2020. This is the first Stipulation for an extension of time for Appellee to file its Response Brief. On account of the extension of time for Appellee to file its Response Brief, the parties also request that Appellant's Reply Brief deadline be extended fourteen (14) days from May 7, 2020 to May 21, 2020.

This request for an extension does not result from an improper purpose or other purpose for delay. The current COVID-19 pandemic and governmental restrictions imposed to combat it have delayed Appellee's counsel's ability to prepare Fashion Show's Response Brief and, therefore, Appellee's counsel requested this extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Appellee's Response Brief to Appellant's Opening Brief (ECF. No. 12) from April 23, 2020, to up to and including May 7, 2020; and, on account of such extension, Appellant's deadline to file its Reply Brief from May 7, 2020, to up to and including May 21, 2020.

IT IS SO STIPULATED

**LAW OFFICE OF COREY BECK, P.C.**          **KAEMPFER CROWELL**

*/s/ Corey Beck*                            */s/ Bryan M. Viellion*
Corey Beck, No. 005870                      Louis M. Bubala III, No. 8974
425 South Sixth Street                      Bryan M. Viellion, No. 13607
Las Vegas, NV 89101                         1980 Festival Plaza Dr., Suite 650
*Attorney for Appellant*                    Las Vegas, Nevada 89135
*Joshua Michael Grantz*                     *Attorneys for Defendant*
                                            *Fashion Show Mall LLC*

## ORDER

IT IS ORDERED that the deadline to file Appellee's Response Brief to Appellant's Opening Brief (ECF. No. 12) is extended from April 23, 2020 to May 7, 2020.

IT IS FURTHER ORDERED that Appellant's deadline to file its Reply Brief is extended from May 7, 2020 to May 21, 2020.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: April 20, 2020.

Respectfully Submitted By:

KAEMPFER CROWELL

*/s/ Bryan M. Viellion*
Louis M. Bubala III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Appellee Fashion Show Mall LLC*