KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Facsimile:    (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: bviellion@kcnvlaw.com
Attorneys for Appellee
Fashion Show Mall, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA MICHAEL GRANTZ,<br><br>             Appellant,<br>    vs.<br><br>FASHION SHOW MALL, LLC,<br><br>             Appellee(s). | Case No.  2:20-cv-00043-JAD<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR APPELLEE TO FILE RESPONSE BRIEF**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, Appellee Fashion Show Mall, LLC and Appellant Joshua Michael Grantz, by and through their respective counsel, stipulate and request this Court extend the deadline to file Appellee's Response Brief to Appellant's Opening Brief (ECF. No. 12) filed on April 3, 2020 by an additional 14 days from May 7, 2020 to May 21, 2020.  This is the second Stipulation for an extension of time for Appellee to file its Response Brief.   On account of the extension of time for Appellee to file its Response Brief, the parties also request that Appellant's Reply Brief deadline be extended fourteen (14) days from May 21, 2020 to June 4, 2020.

This request for an extension does not result from an improper purpose or other purpose for delay.  The current COVID-19 pandemic and governmental restrictions imposed to combat it continues to delay Appellee's counsel's ability to prepare Fashion Show's Response

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2549377_1

Page 1 of 2

Brief and communicate with Fashion Show regarding the same. Therefore, Appellee's counsel requested this extension.

WHEREFORE, the parties respectfully request that this Court extend the deadline to file Appellee's Response Brief to Appellant's Opening Brief (ECF. No. 12) from May 7, 2020, to up to and including May 21, 2020; and, on account of such extension, Appellant's deadline to file its Reply Brief from May 21, 2020, to up to and including June 4, 2020.

IT IS SO STIPULATED

**LAW OFFICE OF COREY BECK, P.C.**     **KAEMPFER CROWELL**

*/s/ Corey Beck*                                              */s/ Bryan M. Viellion*
Corey Beck, No. 005870                           Louis M. Bubala III, No. 8974
425 South Sixth Street                              Bryan M. Viellion, No. 13607
Las Vegas, NV 89101                                1980 Festival Plaza Dr., Suite 650
*Attorney for Appellant*                           Las Vegas, Nevada 89135
*Joshua Michael Grantz*                          *Attorneys for Defendant*
                                                                    *Fashion Show Mall LLC*

**ORDER**

IT IS ORDERED that the deadline to file Appellee's Response Brief to Appellant's Opening Brief (ECF. No. 12) is extended from May 7, 2020 to May 21, 2020.

IT IS FURTHER ORDERED that Appellant's deadline to file its Reply Brief is extended from May 21, 2020 to June 4, 2020.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE
Dated: May 7, 2020.

Respectfully Submitted By:
KAEMPFER CROWELL

*/s/ Bryan M. Viellion*
Louis M. Bubala III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
*Attorneys for Appellee Fashion Show Mall LLC*