KAEMPFER CROWELL
Louis M. Bubala III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone:(702) 792-7000
Facsimile: (702) 796-7181
Email: lbubala@kcnvlaw.com
Email: bviellion@kcnvlaw.com

Attorneys for Appellee Fashion Show Mall, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA MICHAEL GRANTZ,<br><br>         Appellant,<br><br>vs.<br><br>FASHION SHOW MALL, LLC,<br><br>         Appellee(s). | Case No. 2:20-cv-00043-JAD<br>(Appeal of Bankruptcy Case No. 09-22832-abl)<br><br>**APPELLEE'S SUPPLEMENTAL EXCERPT OF RECORD ON APPEAL**<br><br>**APPENDIX VOL. 1 of 3** |

Appellee Fashion Show Mall, LLC submits its Supplemental Excerpt of Record on Appeal. Fed. R. Bankr. P. 8018(b)(3). Appellant Joshua Michael Grantz filed an appendix of the excerpt of the record (DE 13), but it was not in chronological order; contained only the order on appeal and two hearing transcripts; and was not Bates-stamped. This supplemental appendix represents the relevant items identified by Appellant and Appellee in their appellate briefs and is being filed in multiple volumes consistent with L.R. IA 10-3.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2548265_2.docx

Page 1 of 5

## TABLE OF CONTENTS

| Exh | Item Description, ECF Docket Entry (DE) and Date | Page(s) |
|---|---|---|
| | **VOLUME 1** | |
| 1 | Docket Report for Case No. 09-22832-abl[1] | EOR 00001-13 |
| 2 | Voluntary Petition, **DE 1**, July 19, 2009 | EOR 00014-53 |
| 3 | Notice of Chapter 7 Bankruptcy Case with Certificate of Notice, **DE 10**, July 23, 2009 | EOR 00054-57 |
| 1 | Initial Asset Report, **DE 22** (Docket Text Only), December 1, 2009 | EOR 00004 |
| 1 | Change Case From No Asset to Asset, **DE 23** (Docket Text Only), December 2, 2009 | EOR 00004 |
| 4 | Discharge of Debtor, **DE 26**, February 19, 2010 | EOR 00058-59 |
| 5 | Trustee's Notice of Assets and Notice to File Claims, **DE 29**, April 2, 2010 | EOR 00060-63 |
| 1 | United States Trustee's Acknowledgement of Submission for Review of the Estate Trustee's Proposed Final Account and Proposed Distribution, **DE 31** (Docket Text Only), December 28, 2010 | EOR 00005 |
| 6 | Trustee's Final Report (TFR), **DE 32**, December 28, 2010 | EOR 00064-75 |
| 7 | Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR), **DE 33**, December 30, 2010 | EOR 00076-79 |
| 8 | Order Approving Trustee's Payment of Final Compensation and Reimbursement of Expenses, **DE 36**, February 9, 2011 | EOR 00080-81 |
| 1 | United States Trustee's Acknowledgement of Submission for Review of the Estate Trustee's Proposed Final Distribution Report, **DE 38** (Docket Text Only), March 30, 2011 | EOR 00006 |

---

[1] The docket contains some text entries without a separate filing. As a result, the docket sheet is attached as Exhibit 1. The text entries are referenced by the page number where they appear in the docket sheet filed on Exhibit 1.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2548265_2.docx

Page 2 of 5

| Exh | Item Description, ECF Docket Entry (DE) and Date | Page(s) |
|---|---|---|
| 9 | Chapter 7 Trustee's Final Account and Distribution Report Certification that the Estate Has Been Fully Administered and Application to be Discharged (TDR), **DE 39**, March 30, 2011 | EOR 00082-91 |
| 10 | Final Decree, **DE 40**, March 30, 2011 | EOR 00092 |
| 11 | Motion to Reopen Case Under 11 U.S.C. § 350(b), **DE 41**, February 14, 2014 | EOR 00093-107 |
| 12 | Ex Parte Motion to Reopen Chapter 7 Case Under 11 U.S.C. § 350(b), **DE 49**, April 22, 2015 | EOR 00108-139 |
| 13 | Order Re: Ex Parte Motion to Reopen Chapter 7 Case Under 11 U.S.C. § 350(b), **DE 51**, April 23, 2015 | EOR 00140-141 |
| 14 | Amended Schedule G, Summary of Schedules, Declaration Concerning Debtor's Schedules, **DE 55**, June 4, 2015 | EOR 00142-145 |
| 15 | Certificate of Service for DE 55-56, **DE 57**, June 4, 2015 | EOR 00146-149 |
| 16 | Final Decree, **DE 58**, February 8, 2016 | EOR 00150 |
| 17 | Ex Parte Application for Order Reopening Bankruptcy Case, **DE 59**, October 22, 2019 | EOR 00151-196 |
| 18 | Ex Parte Application for Order Reopening Bankruptcy Case, **DE 60**, October 22, 2019 | EOR 00197-242 |
| 19 | Order Re: Ex Parte Ex Parte Application for Order Reopening Bankruptcy Case, **DE 62**, October 23, 2019 | EOR 00243 |
| | **VOLUME 2** | |
| 20 | Motion for Contempt Against Fashion Show Mall, LLC, for Violation of Order Reopening Case/Discharge Injunction, **DE 64**, October 31, 2019 | EOR 00244-345 |
| 21 | Fashion Show Mall's Opposition to Motion for Violation of Order Reopening Case/Discharge Injunction, **DE 70**, November 19, 2019 | EOR 00346-438 |

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2548265_2.docx

Page 3 of 5

| | **VOLUME 3** | |
|---|---|---|
| 22 | Order Denying Debtor's Motion for Contempt for Violation of Order Reopening Case/Discharge Injunction, **DE 72**, December 30, 2019 | EOR 00439-441 |
| 23 | Notice of Appeal, **DE 73**, January 7, 2020 | EOR 00431-446 |
| 24 | Transcript of Hearing Held November 21, 2019, Re: Motion for Contempt Against Fashion Show Mall, LLC for Violation of Order Reopening Case/Discharge Injunction, **DE 85**, January 28, 2020 | EOR 00447-473 |
| 25 | Transcript of Hearing Held December 20, 2019, Re: Motion for Contempt Against Fashion Show Mall, LLC for Violation of Order Reopening Case/Discharge Injunction, **DE 86**, January 28, 2020 | EOR 00474-505 |

DATED: May 21, 2020.    KAEMPFER CROWELL

*/s/ Louis M. Bubala III*
Louis M. Bubala III, No. 8974
Bryan M. Viellion, No. 13607
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Email:  lbubala@kcnvlaw.com
Email:  bviellion@kcnvlaw.com

*Attorneys for Fashion Show Mall, LLC*

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

2548265_2.docx

Page 4 of 5

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of KAEMPFER CROWELL and I hereby certify that service of the **APPELLEE'S SUPPLEMENTAL EXCERPT OF RECORD ON APPEAL (including Bates-Numbered documents comprising the appendix marked 1-505)** was made on this date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the CM/ECF Electronic Filing System to the addressee(s) shown below:

>Corey B. Beck, Esq.
>THE LAW OFFICE OF COREY B. BECK, P.C.
>425 South Sixth Street
>Las Vegas, Nevada 89101
>becksbk@yahoo.com

Dated this 21st day of May, 2020.

>  /s/ Louis M. Bubala III
>  An employee of Kaempfer Crowell

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada 89135

2548265_2.docx

Page 5 of 5