COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor/Appellant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re: ) <br> ) <br> JOSHUA MICHAEL GRANTZ ) <br> ) <br> Debtor. ) <br> _____ ) <br> ) <br> JOSHUA MICHAEL GRANTZ ) <br> ) <br> Appellant(s). ) <br> ) <br> v. ) <br> ) <br> FASHION SHOW MALL, LLC. ) <br> ) <br> Appellee(s). ) <br> _____ ) | BK-S-09-22832-ABL <br> Chapter 7 <br><br> Case Number: 2:20-cv-00043-JAD <br> JUDGE: Hon. Jennifer A. Dorsey <br> Appeal Reference Number: 20-01 <br><br><br> ECF No. 24 |

**STIPULATION AND ORDER TO CONTINUE
DEADLINES REGARDING BRIEFING SCHEDULE**

The Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., of KAEMPFER CROWELL respectfully represent and move this Court as follows:

1. Stipulation and Order Extending Time for Appellee to File Response Brief was signed and docketed on May 7, 2020.

2. Appellee's Response Brief to Appellant's Opening Brief was due May 7, 2020 but an additional 14 days was granted making new deadline to May 21, 2020.

3. Since the extension of time the Appellant's Reply Brief deadline was extended from May 21, 2020 to June 4, 2020.

4. Appellant's counsel is requesting an extension from June 29, 2020 to July 2, 2020.

5. Undersigned counsel has communicated with opposing counsel and all parties are in aggreeance of the extension.

6. Undersigned counsel has had more responsibility and less time with changes mandatory by the Corona Virus as to court calendar(s), pleading(s) due and staffing.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that by and between Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., of KAEMPFER CROWELL that the **APPELLANT'S REPLY BRIEF** was due on June 29, 2020 is now due on or before July 2, 2020.

IT IS SO STIPULATED

DATED this 29th day of June, 2020.

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Email: becksbk@yahoo.com

DATED this 30th day of June, 2020.

/s/ BRYAN M. VIELLION
BRYAN M. VIELLION, ESQ.
Nevada State Bar No.: 013607
KAEMPFER CROWELL
1980 Festival Drive, Suite 650
Las Vegas, NV 89135-2958
Ph.: (702) 792-7000
Fax: (702) 796-7181
Email: bviellion@kcnvlaw.com

Attorney for Appellee

###

## ORDER

IT IS ORDERED that by and between Appellant, JOSHUA MICHAEL GRANTZ, by and through his counsel, COREY B. BECK, ESQ., of THE LAW OFFICE OF COREY B. BECK, P.C., and Appellee FASHION SHOW MALL, LLC. through their counsel BRYAN M VIELLION, ESQ., of KAEMPFER CROWELL that **APELLANT'S REPLY BRIEF** was due on June 29, 2020 is now due on or before July 2, 2020.

IT IS SO ORDERED

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: 7-2-2020, *nunc pro tunc* to 6-29-2020

DATED this 29th day of June, 2020.

/s/ COREY B. BECK
COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Email: becksbk@yahoo.com

DATED this 30th day of June, 2020.

/s/ BRYAN M. VIELLION
BRYAN M. VIELLION, ESQ.
Nevada State Bar No.: 013607
KAEMPFER CROWELL
1980 Festival Drive, Suite 650
Las Vegas, NV 89135-2958
Ph.: (702) 792-7000
Fax: (702) 796-7181
Email: bviellion@kcnvlaw.com

Attorney for Appellee