COREY B. BECK, ESQ.
Nevada Bar No.: 005870
LAW OFFICE OF COREY B. BECK, P.C.
425 South Sixth Street
Las Vegas, NV 89101
Ph.: (702) 678-1999
Fax: (702) 678-6788
Email: becksbk@yahoo.com

Attorney for Debtor/Appellant

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>JOSHUA MICHAEL GRANTZ<br><br>        Debtor.<br>_____<br>JOSHUA MICHAEL GRANTZ<br><br>        Appellant(s).<br><br>v.<br><br>FASHION SHOW MALL, LLC.<br><br>        Appellee(s).<br>_____ | BK-S-09-22832-ABL<br>Chapter 7<br><br>Case Number: 2:20-cv-00043-JAD<br>JUDGE: Hon. Jennifer A. Dorsey<br>Appeal Reference Number: 20-01 |

**CERTIFICATE OF SERVICE OF EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL REGARDING FEBRUARY 11, 2022 ORDER AFFIRMING BANKRUPTCY COURT DECISION (DOCKET #96) (FIRST EXTENSION OF TIME)**

I hereby certify that on the 11th day of March, 2022 I mailed a true and correct copy of the filing of *EX PARTE MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL REGARDING FEBRUARY 11, 2022 ORDER AFFIRMING BANKRUPTCY COURT DECISION (DOCKET #96) (FIRST EXTENSION OF TIME)*, via email, ECF mailing, facsimile, and/or via first class mail, postage pre-paid, to the following parties of interest, at their last known addresses, as follows:

Louis M. Bubala III, Esq.
Kaempfer Crowell Law
Las Vegas, Reno and Carson City
Office: (775) 398 - 4741

**NOTICED VIA YAHOO EMAIL**
*No opposition to extension*

1

/s/ VANESSA ANDERSON
_____
An Employee of
The Law Office of Corey B. Beck, P.C